James Cai (SBN 200189)
Omar Nakib (SBN 220835)
Schein & Cai LLP
111 W. St. John Street Suite 1250
San Jose, California 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Defendants/Cross-Complainants,
George Ku and Jen Shwn,
Trustees of the Shwn J. Trust

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA,<br><br>          Plaintiff,<br><br>v.<br><br>ANNIE NGUYEN dba RIB-LICIOUS BBQ; GEORGE KU and JEN SHWN, TRUSTEES OF THE SHWN J. TRUST,<br><br>          Defendants. | Case No.: 10-05089<br><br>**CERTIFICATE OF SERVICE** |
| GEORGE KU and JEN SHWN, TRUSTEES OF THE SHWN J. TRUST,<br><br>          Cross-Complainants,<br><br>v.<br><br>ANNIE NGUYEN dba RIB-LICIOUS BBQ and ROES 1-10, inclusive,<br><br>          Cross-Defendants. | |

   I am employed by the law offices of Schein & Cai LLP, and my business address is 111 W. St John Street, Suite 1250, San Jose, CA 95113.  I am over the age of 18 years and I am not a party to the cause.

On January 25, 2011, at the law offices of Schein & Cai LLP, I caused the following documents to be served:

- **ANSWER TO COMPLAINT;**

- **CROSS-COMPLAINT FOR (1) EXPRESS INDEMNITY; (2) IMPLIED EQUITABLE INDEMNITY; (3) EQUITABLE CONTRIBUTION; and (4) DECLARATORY RELIEF;**

- **CERTIFICATE OF SERVICE**

**XXX** Service by regular mail:  I caused the documents to be served by depositing the documents in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service, in a sealed envelope, with postage paid, addressed to the person on whom was served, at the office address as last given by that person on any document filed in the cause and served on the party making service by mail.

**XXX** Service by Electronic Mail:  I Electronically mailed true and correct copies of said documents via electronic mail on January 25, 2011.

The name and address, and fax number (if applicable) of each person served in the manner stated above, is as follows:

| | |
|---|---|
| **Kenneth Randolph Moore**<br>Moore Law Firm, P.C.<br>332 N. Second Street<br>San Jose, Ca 95112<br>408-271-6600<br>Fax: 408-298-6046<br>Email: robin@moorelawfirm.com | **Tanya Eugene Levinson Moore**<br>Moore Law Firm, P.C.<br>332 N. Second<br>San Jose, CA 95112<br>408-271-6600<br>Fax: 408-298-6046<br>Email: tanya@moorelawfirm.com |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated:  January 25, 2011                           /s/ David Munoz
                                                               David Munoz