1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 ANTHONY LERMA,                          ) No: 3:10-CV-05089-CRB
                                           )
12             Plaintiff,                  ) **STIPULATION FOR DISMISSAL OF**
                                           ) **DEFENDANTS GEORGE KU AND JEN**
13      vs.                                ) **SHWN, TRUSTEES OF THE SHWN J.**
                                           ) **TRUST ONLY; [PROPOSED] ORDER**
14 ANNIE NGUYEN dba RIB-LICIOUS BBQ,       )
   et al.,                                 )
15                                         )
                                           )
16             Defendants.                 )
                                           )
17 _____ )

18       IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lerma ("Plaintiff")

19 and Defendants George Ku and Jen Shwn, Trustees of the Shwn J. Trust ("Defendants" and

20 together with Plaintiff, the "Parties"), by and through their respective counsel, that pursuant to

21 Federal Rule of Civil Procedure 41(a)(2), Defendants George Ku and Jen Shwn, Trustees of the

22 Shwn J. Trust be dismissed with prejudice from this action.

23       IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has

24 been settled as between them and all issues and controversies have been resolved to their

25 mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce

26 the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins.*

27 *Co. of America,* 511 U.S. 375, 381-82 (1994).

28 ///

| | |
|---|---|
| Date: March 14, 2012 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore<br>Tanya E. Moore<br>Attorney for Plaintiff Anthony Lerma |
| Date: March 13, 2012 | SCHEIN & CAI, LLP |
| | /s/ James Cai<br>James Cai, Attorneys for<br>Defendants George Ku and Jen Shwn,<br>Trustees of the Shwn J. Trust |

### ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Anthony Lerma and Defendants George Ku and Jen Shwn, Trustees of the Shwn J. Trust shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Anthony Lerma and Defendants George Ku and Jen Shwn, Trustees of the Shwn J. Trust, the Court shall retain jurisdiction over the Parties for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, George Ku and Jen Shwn, Trustees of the Shwn J. Trust are dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: March 15, 2012

United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

*Lerma v. Nguyen, et al.*
Stipulation for Dismissal; [Proposed] Order