1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma
6
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 ANTHONY LERMA,                        )  No:  3:10-CV-05089-CRB
                                         )
12            Plaintiff,                 )  **STIPULATION FOR DISMISSAL OF**
                                         )  **ACTION; [PROPOSED] ORDER**
13        vs.                            )
                                         )
14 ANNIE NGUYEN dba RIB-LICIOUS BBQ,     )
   et al.,                               )
15                                       )
                                         )
16            Defendants.                )
                                         )
17 _____)

18      IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lerma ("Plaintiff")

19 and Defendant Annie Nguyen dba Rib-Licious BBQ ("Defendant"), by and through their

20 respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Annie

21 Nguyen dba Rib-Licious BBQ be dismissed with prejudice from this action.

22      IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been

23 settled as between themselves and all issues and controversies have been resolved to their

24 mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce

25 the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins.*

26 *Co. of America,* 511 U.S. 375, 381-82 (1994).

27 ///

28 ///

| | | |
|---|---|---|
| 1 | Date: June 19, 2012 | MOORE LAW FIRM, P.C. |
| 2 | | |
| 3 | | |
| 4 | | /s/ Tanya E. Moore |
| | | Tanya E. Moore |
| 5 | | Attorney for Plaintiff Anthony Lerma |
| 6 | | |
| 7 | Date: June 18, 2012 | WILLIAMS, PINELLI & CULLEN, LLP |
| 8 | | |
| 9 | | /s/ Edward F. Cullen |
| | | Edward F. Cullen |
| 10 | | Attorneys for Defendant Annie Nguyen dba Rib-Licious BBQ |

### ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Anthony Lerma and Defendant Annie Nguyen dba Rib-Licious BBQ shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Anthony Lerma and Defendant Annie Nguyen dba Rib-Licious BBQ, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Annie Nguyen dba Rib-Licious BBQ is dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: June 20, 2012

United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

*Lerma v. Annie Nguyen, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 2